STATE OF CONNECTICUT *v.* RONALD BATSON
(11928)

LAVERY, FREEDMAN and SCHALLER, Js.

Argued January 11—decision released February 1, 1994

*Todd A. Edgington,* assistant public defender, for the appellant (defendant).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Donna Mambrino* and *Edward Wilson,* assistant state's attorneys, for the appellee (state).

PER CURIAM. The judgment is affirmed.